UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES M. MALCOLM,

    Plaintiff,

v.   No.3:07-cv-1101-J-12JRK

TRUSTMARK INSURANCE
COMPANY, etc.,

    Defendant.

---

ORDER

This cause is before the Court on Plaintiff's Motion to Remand (Doc. 17), filed December 19, 2007. The Defendant's memorandum in opposition (Doc. 22), was filed January 7, 2008. On February 27, 2008, the Court heard argument of counsel and for the reason set forth below, the Court will deny the motion to remand.

At the hearing in this matter, counsel for Plaintiff conceded that should this matter proceed through trial, the amount in controversy, including the $50,000 value of the policy at issue and reasonable attorneys fees sought pursuant to Fla. Stat. § 627.428, will exceed $75,000. As a result, the Court will deny Plaintiff's motion to remand. See, e.g., Morrison v. Allstate Indemnity Co., 228 F.3d 1255, 1265 & 1267 (11th Cir 2000)(when recovery of attorney's fees is authorized by statute, a reasonable amount of those fees is included in the amount in controversy; "one of the primary purposes of [Fla. Stat.] § 627.428 is to compensate the insured for his litigation expenses")(citations omitted). Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's Motion to Remand (Doc. 17) is denied.

**DONE AND ORDERED** this $\underline{5TH}$ day of March 2008

_____
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record